THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERWIN RODGER, Appellant.—REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Reynolds, J.